LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate Kenard robinson | 2. Number 393765 | 3. Date of Incident 2-28-25 | 4. Time of Incident Approx. 9:10 am |
|---|---|---|---|
| 5. Place of Incident TU Lower A Timeout cell | 6. Job Assignment (Inmate) N/A | | 7. Housing Assignment (Inmate) TU Upper A |

| 8. Rule Violated Defiance, Agg. Disobedience | 9. Rule Number 3,5 |
|---|---|

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I noticed Capt. Boitnott, and Capt. Williams escorting Offender Kenard Robinson #393765 to the Lower A timeout cell. I proceeded to the timeout cell where Offender Robinson was being belligerent and stating "I'm not staying at no fucking TU". The social worker Mrs. Davis was notified to come see Offender Robinson due to him stating he wanted to go on watch. At that time the above Offender was given several direct verbal order to stand up to be escorted to the treatment center for evaluation. Offender Robinson refused all orders given and became passive aggressive by sitting on the ground and refused to get up I, then placed Offender Robinson in a wrist lock while giving several direct verbal orders to stand up in which he complied. While walking out the timeout cell Offender Robinson then grabbed my hand and refused to let go, I then gave Offender Robinson several direct verbal orders to let go in which he flatly refused all orders given, at that time I delivered a knee strike to Offender Robinson's left common peroneal nerve motor point to gain compliance at which time he let go of my hand. While on the walk Offender Robinson then became passive aggressive again sat on the ground and refused to get up. I then ordered Lt. Turner to go retrieve the wheel chair where the above Offender was placed in the wheel chair and escorted to the treatment center where he refused medical treatment. Offender Robinson was then placed back in the timeout cell where his jumpsuit was cut off of him. I then proceeded to the treatment center where I was seen by medical personnel and was cleared to return back to work. Aw. Rosso was notified of this incident.

| 11. Inmate Placed in Adm Seg. | Yes | X | No |
|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) Thomas Sterling, Lt.Col, TU 8Hrs |
|---|---|

| 14. Date of Report: 2-28-25 | 15. Time of Report: Approx: 1:00 pm | 16. Report (copy) given to above inmate by: TS | 17. Inmate's Signature: Refused to Sig |
|---|---|---|---|

| 18. Plea by Inmate: | | Not Guilty | | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|---|---|

| 20. Date of Hearing : | 21. Counsel Substitute : DOC#: |
|---|---|

22. Motions:_____

23. Reasons for Disposition:
[ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence:

Suspended [     ]_____Days
Imposed  [     ]

26. Sentence:

Suspended [     ]_____Days
Imposed  [     ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER