TU UIE

Exhibit 2

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Kenard Robinson | 393765 | 02/28/25 | Approx. 9:10am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| TU Lower Lobby | N/A | TU Upper A tier |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Defiance, Aggravated Disobedience | 3,5 |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I, Captain Chase Boitnott observed Captain K. Williams and Lieutenant D. Turner escorting inmate Kenard Robinson #393765 in the TU Lower lobby when inmate Robinson stated "I'm not going in no fucking timeout cell". Inmate Robinson became combative by hollering, screaming and started to resist by not walking. I immediately gave assistance to both officers by grabbing inmate Robinson's left arm assisting him to the TU Lower timeout cell. He started to become combative once again by kicking at me. I gave him several loud direct verbal orders to stop kicking and to walk to the timeout cell but flat out refused. I grabbed both of his legs while being escorted to the timeout cell to prevent further injury to security. He was placed into the timeout cell where Mrs. Davis of Mental Health saw him and placed him on Standard Watch. While escorting him to the REBTC he became combative again by falling to the ground and refusing to walk. He was placed into a wheelchair then escorted to the REBTC where he refused medical attention from the EMT and NP. He was escorted back to the TU Lower A timeout cell where I assisted Lt. Col Sterling cut off his jump suit, T-shirt, and boxers with medial sheers. The cell door was closed and I gave him a loud direct verbal order to come to the bars to be unrestrained which he complied. He stated "watch this" and retrieved a razor blade from his mouth and began cutting his left wrist. I immediately notified Lieutenant Turner, he arrived and took over the situation. I was later seen at the REBTC by medical where I was cleared to return to full duty. He was written up on a rule #3 Defiance and #5 Aggravated Disobedience. Warden William Rosso was notified.

| 11. Inmate Placed in Adm Seg. | | Yes | | No | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *[signature]* | Johnnie Gorden, Lieutenant, A-Team TU |

| 14. Date of Report: | 15. Time of Report: | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 2/28/25 | 3:00pm | CB | Refused to sign |

| 18. Plea by Inmate: | | Not Guilty | | Guilty | | 19. Verdict: | Not Guilty | | Guilty |
|---|---|---|---|---|---|---|---|---|---|

| 20. Date of Hearing : | 21. Counsel Substitute :  DOC#: |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
[ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence:                                                           Suspended [ ] _____ Days
                                                                        Imposed [ ]

26. Sentence:                                                          Suspended [ ] _____ Days
                                                                        Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical
expense occasioned through the fault of an inmate who in so