LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1.Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Kenard Robinson | 393765 | 2\28\25 | Approx. 9:10am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| TU Lower Lobby | N/A | TU Upper A |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Defiance, Aggravated Disobedience Contraband | # 1, 3, 5 |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I, Lieutenant Delvin Turner was escorting inmate Kenard Robinson #393765 with Captain Kendric Williams from the TU Upper A Tier to the TU Lower A Time out cell due to him notifying me that he wanted to be placed on watch and needed his social worker. While escorting him to the time out cell he became combative by yelling and stating "I'm not going to the fucking timeout cell". I assisted him by grabbing the right side of his arm and giving him a loud direct verbal order to walk but he flat out refused. At that time Captain Chase Boitnott arrived and assisted me by grabbing his left arm and he became combative again and stated "get your fucking hands off me" refusing to walk. He was placed in the timeout cell where Mental Health was already on scene and placed him on standard watch. He was escorted to the REBTC for further medical attention where he refused all medical attention. He was escorted back to the TU Lower A timeout cell where his jump suit was cut off of him. Captain Chase Boitnott notified me that he had a razor blade and started to cut his wrist. I immediately activated my assigned B-Team Lieutenant body camera and gave him several loud direct verbal orders to stop cutting himself. I then administered the minimum amount of chemical agent to the facial area to gain compliance from preventing further self-harm to himself. I gave him a loud direct verbal order to throw out the razor blade and he complied. He was placed into the shower where he showered, and he was placed back into his cell without further incident. He was given a paper sheet and a paper gown. He was written up on a rule #3 Defiance, and a #5 Aggravated Disobedience. #1 Contraband. Chemical Agent can #1 Beginning Weight (590 grams) Ending Weight (560 grams). Warden Rosso was notified.

| 11. Inmate Placed in Adm Seg. | Yes | X | No |
|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Delvin Turner, Lieutenant, B-Team TU |

| 14. Date of Report: 2/28/2025 | 15. Time of Report: 11:00AM | 16.Report (copy) given to above inmate by: DT | 17. Inmate's Signature: Refuse to Sign |
|---|---|---|---|

| 18. Plea by Inmate: | | Not Guilty | | Guilty | 19. Verdict: | Not Guilty | | Guilty |
|---|---|---|---|---|---|---|---|---|

| 20. Date of Hearing : | 21. Counsel Substitute : DOC#: |
|---|---|

22. Motions:_____

23.Reasons for Disposition:
[ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24.Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of_____ rule violation(s). A total of_____ Schedule B violations since_____
     A total of_____ # _____ rule violations since_____

[ ] Other_____