Print Lab   Labs Hx

LCMH

*To Show that my lungs is Bad, The prison Knew All This*

*Medical Rea... exhibit 4*

Christine Savant NP
2770 3rd Ave. Suite 350
Lake Charles, LA 70601
337-494-2750

**Patient Name:** Kenard Robinson
**Chart Number:** 1001100
Date of Birth: 02/28/1978
Age: 46 Yrs. 3 Mos. Male
Phone: (H) 337-639-2943
Integration Info: Kenard Robinson/838258/ 02/27/1978

Date: 09/14/2022

## CHEST FRONTAL SINGLE VIEW - MAIN CAMPUS(4201010)

| | |
|---|---|
| Test Report Date: | 09/14/2022 08:31:23 |
| Collection Date: | 09/14/2022 05:00:00 |
| Comment: | PROCEDURE:  Portable chest x-ray<br><br>HISTORY:  Pneumonia<br><br>FINDINGS:  Comparison 2 days ago. Cardiomediastinal silhouette stable within normal limits. There is improvement but incomplete resolution of the patchy bilateral pulmonary infiltrates left (worse) than right. No gross effusion, pneumothorax or other change.<br><br>IMPRESSION:  Mild improvement in the bilateral pulmonary infiltrates<br><br>Electronically Signed By: Donald Woolridge 9/14/2022 8:26 AM CDT<br><br>DONALD WOOLRIDGE, MD<br>Date:  09/14/2022 08:26 |

Print Lab   Labs Hx

LCMH                                                                                          Fidencio Davalos, M.D.

                                                                                                    ,

---

**Patient Name:** Kenard Robinson                                              Date: 06/17/2023
**Chart Number:** 1001100
Date of Birth: 02/28/1978
Age: 46 Yrs. 3 Mos. Male
Phone: (H) 337-639-2943
Integration Info: Kenard Robinson/838258/ 02/27/1978/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

| | CT CHEST W/O CONTRAST - MAIN CAMPUS |
|---|---|
| Test Report Date: | 06/17/2023 10:28:54 |
| Collection Date: | 06/17/2023 00:00:00 |
| Comment: | CT CHEST WITHOUT IV CONTRAST<br><br>Clinical data: SHORTNESS OF BREATH<br><br>Technique:<br>Acquisition: Contiguous scan slices were obtained from the apex of the lungs through the diaphragms.<br>Reconstructions: Axial, coronal and sagittal. reconstructions of the data set were obtained.<br>Contrast: No contrast was administered.<br>Estimated radiation dose: 3.7 mSv.<br>*All CT scans at this facility use dose modulation and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.<br><br>Comparison:  Chest x-ray dated 6/16/2023.<br><br>Findings:<br><br>Lungs, pleura and large airways:<br>Infiltrative changes are noted diffusely throughout both lungs with scattered ground glass opacification and interstitial thickening. This corresponds with findings on the prior chest x-ray.<br><br>Small bilateral pleural effusions, right greater than left.<br><br>Heart: The heart appears normal. No pericardial effusion.<br><br>Thoracic vasculature: The thoracic vascular structures appear grossly normal.<br><br>Pulmonary vasculature: The pulmonary arteries appear grossly normal.<br><br>Mediastinal and hilar structures: No enlarged or morphologically abnormal mediastinal or hilar lymph nodes.  No mediastinal mass.<br><br>Chest wall, axilla and lower neck: No enlarged or morphologically abnormal lymph nodes.  The lower neck and thyroid gland appear normal.<br><br>Upper abdomen: The upper abdominal structure appear grossly normal.<br><br>Osseous structures: No acute or aggressive bony lesions<br><br>Impression<br><br>Extensive bilateral parenchymal infiltration correlating with findings on the prior study.<br><br>Small bilateral pleural effusions.<br><br>Electronically signed by:  Jackson Helton MD  6/17/2023 10:26 AM CDT<br>Workstation: 109-95134PL<br><br>JACKSON W. HELTON, MD<br>Date:  06/17/2023 10:26 |