Exhibit 5

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
### OFFENDERS RELIEF REQUEST FORM

### CASE NUMBER: LSP-2025 -0445

TO:  **KENARD ROBINSON  393765**              **TU UPPER A**
      Offender's Name and Number                  Living Quarters

**ONGOING**
Date of Incident

ACCEPTED:  This request comes to you from the Wardens Office.  A response will be issued within 40 days of this date.

X          REJECTED:  Your request has been  rejected for the following reason(s):
           YOUR ARP IS BEING REJECTED DUE TO YOU CAN NOT FILE AN ARP ON AN INCIDENT THAT YOU HAVE FILED ON PREVIOUSLY. THIS SAME INCIDENT HAS ALREADY BEEN ADDRESSED IN APR LSP 2025 -0381 AND WILL NOT BE ADDRESSED AGAIN.

_____03/17/2025_____              _____TRISH FOSTER_____
          Date                            Warden's Signature or Designee

RECEIVED

MAR 05 2025

LEGAL PROGRAMS DEPARTMENT

2025-0381
0799/TU

2-28-25

ON The 2-26-25. I Kenard Robinson# 393765
Wrote A letter, to ms T Foster, IN Legal Program Department
Because, Ive believed, My life was at Risk, inside T.U.
I told ms. Foster, Who's, also over The A.R.P. Department
As well. That Capt Boitnott _____ was trying two get me
Hurt, Really Bad, or Even Killed. Because I told Him, two
go Fuck Himself, when He, asked me, to Dop my A.R.P.
I have, on another officer, who Name is Lt Col Ro.
That didn't set well, with Him, So He, Capt Boitnott _____
stated, to me, Kenard Robinson # 393765. you will
die, Before you Make it Home. IN Which, I've
only Have 10 months Before I got out of Prison.
He Also, stated, to me, Kenard Robinson# 393765
My Best Friend, is The 2t Col over Tu and My Boy
is The warden over Tu, So Tell me, How can you,
Win Kenard. My A.R.P. Number is 2024-0033.
NOW ON The 2-28-25 I Kenard Robinson 393765
Asked. Mrg Jackson, to place me on Whatch Because
I needed, sometime, to myself.   Mr Jackson
and Capt Will, come to my Cell, A side in Tu
Cell 9. and Capt will, Cutted me, Kenard Behind
My Back. As Capt will and mr Jackson and myself
were, Coming down, The septs, Capt Boitnott _____
Ran up, to me, Kenard Robinson, and stated we got your
ASS Now, and Hit me, in my left side, once He
Capt Boitnott _____ 🔲 ~~me~~ I putted away from Him
So He, can't Hit me anymore, But That just made
Him mader. That When, Lt Col Steeling _____ come
over, and started, Hitting me, Kenard Robinson
whild my Hand's were, Hand Cutted Behind my back
Capt Boitnott _____ ON one Side of me and, Lt Col steeling _____
was on my other side and Capt will was behind me.
But Capt will Never Hit, or - try to stop Them,
From Bitting me.

Now one oF, the Menter Health Lady who Name is MRS DAVIS was looking on, and seen The Whole Thing. she is The Reason, They Sterling and Boitnott stop Betten me, at The Time, one had my Hand Bering it, in Away, your Hand was n't made to Go. and Lt Col Sterling kneed me in my Rub's 4 or 3. Time's BeFore He, started Hitting me in That same Left Side, with His Hands. You will see all This on The Tapes. From That Day. two Hour's Later, I Asked, will, to Call The Treament Center, Because my left Side, was Hurting to Bad. once inside, The Treament Center X Ray's was Done, and I had Creaked Rub's From Lt Col kneeing and Hitting me in my Side and Back with His Hand. at That Time, I knew, That They was going to kill me. if you look at The Tapes From The Walk, you will see, Lt Col Sterling on my Left Side and Capt Boitnott on my Right, and The mental Health Lady MRS DAVIS The older Black Lady - Tell Them to stop Hitting me, Because I Couldn't walk The leg Iar was to tight and The were Cutting into my skin. Thats why - I WAS Not walking AS Lt Col sterling and Capt Boitnott was, putting me this way and That way. iF its was'nt For MRS DAVIS They would have killed me.

please Call MRS Foster, over Legal Program, and she will give A Copy, of The letter - Ive wrote to Her days Before, They Creaked My Rubs, Me Telling Her They will Try to Hurt or kill me.

Now IM Really AFraid For My life, in Tu. once Capt Boitnott Come back, with me From The Tredment Center and Leanded That my Rub's Have Been Creaked From The Betting Him and sterling put on me, They wrote me up, on Alot of Bad Write ups.

They Even got The p.ill Call Lady to Write me up on A. 35. ■, But Capt Will and Mary Jackson Said, They will, Come to Court, For me, and Let the peopel Know, That the pill Call, Lady is lieing, Because Mr Jackson, Walked, With Her, Foe pill Call.

I Kenard Robinson 393765 frear For His Life inside TU, and Asked to be moved, For my Safey. I ask that All and any write up be Take Away. and I'll like to be Transfer From L.S.P. Because I'm only Here for Medical, and Thats over. I only 10 month Before I go Home and Lt Col Sterling and Capt Boithott stated Already That They will Try to Take all my Good Time please dont Let Them get Away with This. and I Want ~~$100,000.00~~ 100.000.00 For Pain and Suffer and Capt Boitnott Place on leave Sincerely Kenard Robinson

PS. Also Lt Col Sterling Move Down to A Major and Two week leave without pay