Exhibit 6

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## OFFENDERS RELIEF REQUEST FORM

### CASE NUMBER: LSP-2025 -0768

TO:  <u>KENARD ROBINSON 393765</u>                    <u>CBD U/R</u>
      Offender's Name and Number                  Living Quarters

<u>02/28/2025</u>
Date of Incident

X                          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                           issued within 40 days of this date.

                           REJECTED:  Your request has been  rejected for the following reason(s):

_____<u>04/29/2025</u>_____                          _____<u>TRISH FOSTER</u>_____
            Date                                       Warden's Signature or Designee