Exhibit 7

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2025 -0381

TO:  KENARD ROBINSON 393765             TU U/A
     Offender's Name and Number         Living Quarters


          ONGOING
          Date of Incident

X                ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                 issued within 40 days of this date.

                 REJECTED:  Your request has been  rejected for the following reason(s):


          03/11/2025                              TRISH FOSTER
            Date                          Warden's Signature or Designee