## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**KENARD ROBINSON**

                                   **CIVIL ACTION**

**VERSUS**

                                 **NO.  25-436-JWD-RLB**

**CHASE BOITNOTT, ET AL.**

### OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated October 9, 2025 (Doc. 6), to which no objection was filed,

**IT IS ORDERED** that the plaintiff's claims against defendants Gordon, Rosso and Robichaux, for their alleged actions in April and May of 2025, are dismissed without prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.[1]

**IT IS FURTHER ORDRERED** that the remainder of the plaintiff's claims are dismissed, with prejudice, except for: (1) plaintiff's claim asserted against defendant Rowe for the use of excessive force; (2) plaintiff's claims asserted against defendants Boitnott and Sterling for retaliation and the use of excessive force; and (3) the plaintiff's claim for conspiracy asserted against defendants Boitnott and Gordon.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings on the plaintiff's remaining claims.

Signed in Baton Rouge, Louisiana, on December 2, 2025.

                          **JUDGE JOHN W. deGRAVELLES**
                          **UNITED STATES DISTRICT COURT**
                          **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."