Kenard Robinson # 393766

VS

Chase Boinritt

RECEIVED

JUL 22 2026

Legal Programs Department

SCANNED at LSP and Emailed
7/22/26 by JM . 6 pages
date     initials   No.

A Complaint Under the civil Right Act. 47. U.S C. 1983

United states District Court middle District of Louisanz

This Amened Complaint is for Warden peter

Loliss and Major P Pain

Electronic Filling Pilot Program

I Kenard Robinson # 393765. DoB-2-27-78, is Sending, in this From Louisana state Penitentinry, Because I believe, My Life, is at Risk, and Prison warden and officer, will try, to kill, me, -or- allow, Inmate's, to kill me, in order, to cover up, the Facts, that, Prison, Personnal, allowed People, to try, to kill, me, once, Before, here at Louisana State Penitentinry, and "No one" Did anything, about it.

I, come to you, all this day too Explains, My case, A best as I can. "But the Facts or Real", if I Kenard E Robinson, 393765 Die or be killed, by an inmate, or Free People, Please, know that All warden, is in on the "murder" and cover up.

I forward, this, Not As Jest, A suit, of Law, Put A way, of Asking, for "help" Ive Asked, Prison officers, to call the, F. B I., and other Law officers, to come, and get me, out this Prison, LSP and Hear my story. and My "Life" is at Risk. By warden Peter Loliss After An Attap on my Life Here at LSP, I Asked Prison, warden's and other Personnal, to Place me, on "Protected Coustrgyn Because, I dont have an Life, Peter Sentence, in Prison, and I her only in LSP, For medical, Reason. I come from, Allen c center on the, 6-27-24. About 10 months, Ago, A major Name ms Pain, something like that if I spelled it Right, Allowed other Inother to try to Hurt or Even kill me. that was the 2 time Prison officer in LSP try to kill me Kenard E Robinson 393765 Wardens didnt do shit About it.

About 3 1/2 Months Ago., I was Placed, in Tu Houseince upen Times out cell, After An 2+ Col, Got his Friends, to Bet me, For No Reason. that dos, ms. maJoe Pain, and the warden over Peter Loliss, Tu Houseinc" At that Time, 4th, try to Kill, me. I Renard Robinson had to Hurt, my Hands, Right Hand, by Hitting, the wall, IN order, to Get Into the Hands, of the medical, Department, once IN medical Hands, I Renard Infromed, told the X Ray Guy, that some one, Is trying, to Kill me. In Tu Housinc. up on that, warden, Gremillion, and other Personnal, come to see me, Because A Blood test, in fact Showed, that Some one, in Fact, did try to Kill me, by Putinc Some thing, in my Food. After 3AM IN medical. I was moved, to A cell block Celled, E. Block, were I Renard E Robinson Told, And Female officer, How At that time was, Known, to the Warden, over Tu Housinc. white, were he and other Try to Kill me, I told, this Female officer, the same story, I'm about to Tell Now. Sometime in 2025. God Sent His Angeal to come vist me, up on talking, to this, God Sent, Heavenlly being, they Told me, things, about our Human, Past, and in order For other People to Believe me, the Heavenlly, beincs, GAve me, Signs, of my Hands, that No one, on Earth. In this Life Time.

Please Keep Reading.

Now, Im asking, You who is Reading, this, Please, Do as Im asking, First I will, Give You, A sign, to do with, Your, own, Hands. and once, You look, at Your, Hand, with this Sign, From God, You, Will see, that, this Sign, Is Not A Sign, From our world, and You will know that, You, are Holding a "Child" of God, and Im telling you the truth.

Take your Right hand. and Roll Your middle Finger down Your hand and Place your Thumb at the Top of it. Now Now Your Pinky Finger You will Place at the End of Your middle Finger over the Finger Nail. of that middle Finger Your Next Finger will Go over the Finger Nail of Your Down that over Your middle Finger. Now the last Finger You should have is what I call the First Finger Just Enoul. Aollow it to Come over Your Down. Just Roll it Down. Now Please look at Your hand, and See the Sign which is called the Power of God this is the First, of many, Sign's, that, Officers took From me, and Cotton money, For them, All Together, I had 189 Signs on Paper, signed, Kenard E Robinson. Please look In All Inter Net Sights and do A world, look For, any Signs, that WAS on there, By Kenard E Robinson, or any other Names, Around the World. this Story is Real. if they dont kill me or Have some one, Inside, L.S.P. kill me, Inmates or free People, I can Show that Im tell the truth, if Im kill or murder In Louisana State Prison, Please No that all warden's, and some officer's, are part of it, all Kenow, that it was, Going, to Happen, In order To Cover, every thing up, that some, try to kill me, Before and no one did anything about.

I Kenard Robinson, as asking the Clerk Court, to Read this, and look up My, Case, Kenard Robinson v Chase Bonfintt, and you will See, that, Ive Never answer, any motion, by the Court, Because, the Lady Ms Major P. Pain and that Warden over TU who was Peter loliss Houseing Unite, 4 months ago took all my, Legal mail, and signs, ToGether. and the Next time I got mail from the Courts it was 3months, Late, and 60days Late, officer Came into my Cell, and took all my Legal mail, I Kenard Robinson was Cut off, from the Courts, tha when the free People try to kill M the First Time. Please See my "medical Records" and you will see After, the Blood test, some one, did try, to kill, me, Kenard Robinson In my Case From Kenard Robinson v Bonnitt I stated if Im Found dead, or Hurt the People Ive Name is in on it. and some one did try to kill me But Prison wardens did'nt do anything about it. But 4 to 6 days after Ive Informed the warden mr Gremillion about the Attop murder on my life in TU Houseing. Prison officer try to set me up to Got killed Come out of Cell Block E. and warden over Peter loliss TU. who took, my sign, is the one, who, set it all up. all this was done behind him and Ms Major Pain. Took all the money from the sign's of God. they sold. on the Intelist and the FunRaser they did. in the Home Town. This complaint is done to Allow the Courts to see that is the Reason Im being killed at L. S. P.

Im asking for an invertersation outside of the Department of correction. Because Ive only have 194 days Before I Get out of Prison and I Kenard Robinson should have been moved from L.S.P. Prison. But Now Im A 100% sore that some one there at Lousiana State Prison, Will Try or Kill me, Because of my story Im telling. But I Believe in God and doing the Right Thing. Im asking that all Matter be Invercatsated by Law officer the F.B.I. And other. Because Alot of money was taken and Involed It Im Killed because of this information Please Know that All warden and all officer Now about Part of it. all officer in T.U. House Know, but Not all is Trying to Kill me Ive Asked for Protected Costedy by None was given its other thing that they are being doing to me, As well My Life is at Hand    Sincerely Kenard E. Robinson 393765

Pease Help me Before they Kill Me or My Family. Before its

To Late

From Kenard Robinson

Inmate 393765

Please Ask to see All video from me

Kenard Robinson